# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1045

_____

CHARLES JONES,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


April 17, 2019


PER CURIAM.

The petition for belated appeal is denied.

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charles Jones, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.